AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
**Manuel Eduardo Canales-Duran**
A088 352 556
AKA:
IAE   YOB:   1986
the United Mexican States
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED
JUN 26 2015
Clerk of Court

**CRIMINAL COMPLAINT**

Case Number:   M-15- 1036 -M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ____June 26, 2015____ in ____Hidalgo____ County, in the ____Southern____ District of ____Texas____
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not therefore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ____8____ United States Code, Section(s) ____1326____ (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

U.S. Border Patrol received information from the U.S. Marshal Service indicating that Manuel Eduardo Canales-Duran is presently illegally in the United States near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on November 11, 2014 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On May 29, 2008, the defendant was convicted of Possession of Marijuana and was sentenced to two (2) years confinement (suspended) and two (2) years supervised release term.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved by David A. Lindenmuth

Sworn to before me and subscribed in my presence,
**June 26, 2015**

Signature of Complainant
Cipriano Shears Jr.   Senior Patrol Agent

**Dorina Ramos**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer